JOSEPH ROTBERG et al., Copartners under the Firm Name of ROTBERG & KRIEGER, Appellants, *v.* M. S. & J. A. WORKMAN, INC., Respondent.

(Submitted January 16, 1936; decided January 31, 1936.)

*Addison S. Pratt* for appellants.

*David W. Kahn* and *Herbert P. Wilson* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.